**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br>　　　　v.<br><br>ANGEL M. CARRASQUILLO SANCHEZ<br>　　Defendant. | Criminal no. 19-337(1) (ADC) |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

Notice is hereby given by Mr. Angel M. Carrasquillo Sanchez, that he respectfully appeals to the United States Court of Appeals for the First Circuit the final judgments entered against him by the Honorable Aida Delgado Colón, Judge for the United States District Court for the District of Puerto Rico, on October 21, 2019.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of October 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com