## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Crim. No.  19-337 (ADC)** |
| **Plaintiff** | |
| **VS.** | |
| **ANGEL M. CARRASQUILLO-SANCHEZ** | |
| **Defendant** | |

### MOTION REQUESTING RESENTENCING

**TO THE HONORABLE COURT:**

**HEREIN** appears defendant **Angel M. Carrasquillo Sanchez** through his Court appointed counsel and most respectfully prays and requests:

1- On 08/16/2021 the First Circuit set aside defendant's sentence. (App. No. 19-2151).

2- If the court resentences defendant within his applicable guideline of 24-30 months defendant waives his right to appear to his Sentence Hearing.  The parties recommended a 24-month sentence. (Docket 42- PSR, Pgs. 4, 12).

3- The Judgment on Remand is final.

4- If the Court insists on departing, defendant requests that his Resentence Hearing be held via VTC.

**WHEREFORE** it is respectfully requested that the Court resentence defendant within his applicable guideline of 24-30 months or reschedule the Sentence Hearing via VTC.

**RESPECTFULLY SUBMITTED.**

I hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved.

In San Juan, Puerto Rico, this 8th day of September 2021.

*S/ Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR#128505**
Attorney for Claimant
P O Box 9023222
San Juan PR 00902-3222
Tel: (787) 723-3672 - 723-1809
Fax: (787) - 725-4133
Email: rafacastrolang@gmail.com;
rafacastrolanglaw@gmail.com