**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>              v.<br>ANGEL CARRASQUILLO SANCHEZ (1)<br>  Defendant. | Criminal no. 19-337 (ADC) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Carrasquillo Sánchez and respectfully states and prays as follows:

1. On September 8, 2021, the Court granted the undersigned's request to Withdraw. (*See* Docket Entry #81).

2. Mr. Carrasquillo Sánchez's sentencing hearing is scheduled for November 23, 2021. (*See* Docket Entry #83)

3. In accordance to Court policy, the a CJA attorney must seek and obtain Court authorization to file a CJA Voucher prior to the conclusion of a case.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the undersign to file his CJA voucher for the work performed in representation of the defendant.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of September 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy

PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com